# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201600252

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## TRISTAN E. KLINGENSMITH
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton,
JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 13 October 2016

———————————

Before MARKS, FULTON, and LOCHNER, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court